# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 14-7069 | September Term, 2014 |
| | 1:10-cv-02021-RC |
| | Filed On: October 7, 2014 [1515989] |

Betty S. Flythe, Personally, and as
Personal Representative of the Estate of
Tremayne G. Flythe,

      Appellant

      v.

District of Columbia, a municipal
corporation, et al.,

      Appellees

------------------------------

Consolidated with 14-7080

## O R D E R

Upon consideration of appellant's consent motion for extension of time to file its brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | October 7, 2014 |
| Appendix | October 7, 2014 |
| Appellees' Brief | November 20, 2014 |
| Appellants' Reply Brief | December 16, 2014 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
      Michael C. McGrail
      Deputy Clerk